**FILED**
**6/16/2016**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**RECEIVED**

MAY 23 2016 GW

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Danny Smith

_(Enter above the full name of the plaintiff or plaintiffs in this action)_

1:16-cv-5458
Judge James B. Zagel
Magistrate Judge Jeffrey T. Gilbert
PC3

vs.

Thomas J. Dart
Cook County Sheriff

Case No:_____
(To be supplied by the Clerk of this Court)

_(Enter above the full name of ALL defendants in this action. Do not use "et al.")_

CHECK ONE ONLY:

~~AMENDED~~ **COMPLAINT**

__X__ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331** U.S. Code (federal defendants)

_____ **OTHER** (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

A. Name: DANNY SMITH

B. List all aliases: N/A

C. Prisoner identification number: 20150310047

D. Place of present confinement: Cook County Department of Corrections

E. Address: Div #3 Annex E-4 P.O. Box 089002 Chicago IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: DANNY SMITH

Title: DETAINEE

Place of Employment: N/A

B. Defendant: _____

Title: _____

Place of Employment: _____

C. Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A.    Name of case and docket number: N/A

    B.    Approximate date of filing lawsuit: N/A

    C.    List all plaintiffs (if you had co-plaintiffs), including any aliases:

    D.    List all defendants: N/A

    E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

    F.    Name of judge to whom case was assigned: N/A

    G.    Basic claim made: N/A

    H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

    I.    Approximate date of disposition: N/A

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On March 16, 2015 I was transferred from Division (2) Two, Dorm (4) four to Division (3) Three Annex. Upon entering this Division I was placed on a Dorm with (47) forty seven other Detainees and forced to endure inhumane conditions. The ceiling has been leaking for months. The constant moisture has created Mold and Bacteria which becomes air borne and affects my breathing. This Mold and Bacteria is also present in the Shower area which directly affects my mental and physical well being. The Bathroom have (5) sinks of which only (2) two works properly. The other (3) three badly leaks. There are (4) toilets. Only (2) two works properly. The other (2) two badly leaks urine and feces on the floor which adds to the puddles on the floor, from the sinks. This cause the bathroom to have a foul odor that cannot be cleaned. I am also forced to drink water from the bathroom sink. It is Apparent the Building is (Run Down) and in need of overdue repairs. This bring to mind the plumbing system and lack of upkeep overtime the pipes become

4

Revised 9/2007

Coroded and fill with deposits such as: Magnesium, Iron, calcium, lime, rust, and other impurities that are heemful to the Body. Which is why filtration systems are added to drinking water of drinking fountains with filtration systems are provided in setting such as this. There is neither here and I am forced to risk my Health by drinking water that is destrimetal to my Health. This building was "closed" at one point and Deemed inhabitable. They open it because of overcrowded population without repairs. I have HEAlth related problems Due to these living Conditions.

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Compensation for the Mental, physical, and Emotional Suffering I am forced to endure.

VI.  The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this June day of 2, 20 16

_Danny Smith_
(Signature of plaintiff or plaintiffs)

DANNY SMITH
(Print name)

2015 0310047
(I.D. Number)

Cook County The Department of Corrections Div #2 Annex Dorm E-4, P.O. Box 089002, Chicago, IL, 60608
(Address)